UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00007

**United States of America**

v.

**Allen Martez Anthony**

Before BARKER, *District Judge*

### ORDER

The court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment.

The parties have not objected to the magistrate judge's findings.

The court hereby **adopts** the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court reads the plea agreement to contain agreed Sentencing Guidelines calculations governed by Federal Rule of Criminal Procedure 11(c)(1)(C). The court **accepts** defendant's plea but **defers** acceptance of the plea agreement until after review of the presentence report pursuant to Rule 11(c)(3)(A).

In accordance with defendant's guilty plea, the court finds defendant Allen Martez Anthony **guilty** of count one of the indictment, charging a violation of 21 U.S.C. § 841(a)(1) – possession with intent to distribute methamphetamine.

*So ordered by the court on June 30, 2020.*

J. CAMPBELL BARKER
United States District Judge